ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Jacobs Technology Inc. | ) ASBCA No. 63618 |
| | ) |
| Under Contract No. N62470-20-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:       Gale R. Monahan, Esq.
                                        Dentons US LLP
                                        Dallas, TX

                                      Lauren N. Colantonio, Esq.
                                        Dentons US LLP
                                        Denver, CO

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Devin A. Wolak, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

The Board docketed this appeal on May 22, 2023. By letter dated June 16, 2023, prior to appellant filing its complaint, the parties jointly requested that the appeal be dismissed without prejudice. Accordingly, this appeal is dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13 BCA ¶ 35,343 at 173,464.

Dated: June 23, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63618, Appeal of Jacobs Technology Inc., rendered in conformance with the Board's Charter.

Dated:  June 23, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals